UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 8:23-cv-01344-JWH-DFM | Date | June 30, 2026 |
|---|---|---|---|
| Title | *David Gould, et al. v. Hyundai Motor Company, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):
None Present                                  None Present

**Proceedings:   ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR PLAINTIFFS' FAILURE TO COMMENCE ARBITRATION**

In January 2025, the Court granted the motion of Defendants Hyundai Motor Company; Hyundai Motor America; Kia Corporation; Kia America, Inc.; Genesis Motor, LLC; and Genesis Motor America LLC to compel arbitration and directed Plaintiffs David Gould, Kaushik Iyengar, Brendon Lobo, John Nixon, Jane Chang Bright, Shane Mahon, Peter Conheim, and Kingsley Barnie to pursue their respective claims for relief through appropriate arbitration proceedings.[1] In that Order, the Court also directed the parties to file a status report every 90 days.[2]

In June 2026, Defendants filed a status report notifying the Court that four Plaintiffs—Iyengar, Gould, Nixon, and Lobo—voluntarily dismissed their claims.[3] However, in that Status Report, Defendants also informed the Court that four

---

[1]     Order Granting Def.'s Mot. to Compel Arb. (the "Order") [ECF No. 46].

[2]     *Id.*

[3]     Def.'s Status Report (the "Status Report") [ECF No. 49].

Plaintiffs—Bright, Mahon, Conheim, and Barnie—had not yet commenced an arbitration proceeding.[4]

A district court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C). The failure of a plaintiff to prosecute or to comply with these rules or court orders may result in the involuntary dismissal of the case. *See* Fed. R. Civ. P. 41(b).

Because it appears that Plaintiffs Bright, Mahon, Conheim, and Barnie have not taken any action in this case since the Court ordered their claims to arbitration—more than 17 months ago—the Court, on its own motion, hereby **ORDERS** as follows:

1.      Plaintiffs Bright, Mahon, Conheim, and Barnie are **ORDERED** to **SHOW CAUSE** in writing no later than July 10, 2026, why this action should not be dismissed for their failure to commence an arbitration proceeding.

2.      A hearing on this Order to Show Cause is **SET** for July 24, 2026, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California. Counsel of record for Defendants and for Plaintiffs Bright, Mahon, Conheim, and Barnie are **DIRECTED** to attend that hearing.

**IT IS SO ORDERED.**

---

[4]    *Id.*

**CIVIL MINUTES— GENERAL**                     Initials of Deputy Clerk cla